**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2218**

---

WILLIAM COLLINS, III,

Plaintiff - Appellant,

v.

PAMELA JO BONDI, Attorney General of the United States; DANIEL P. DRISCOLL, Acting Director Bureau of Alcohol, Tobacco, Firearms and Explosives; ANTHONY G. BROWN, Maryland Attorney General; LT. COL. ROLAND L. BUTLER, JR., Acting Secretary, Maryland State Police,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Albert David Copperthite, Magistrate Judge.  (1:23-cv-00042-ADC)

---

Submitted:  April 23, 2025                         Decided:  May 15, 2025

---

Before WILKINSON and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:**  Marc D. Schifanelli, Stevensville, Maryland, for Appellant.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Mark B. Stern, Michael S. Raab, Kevin B. Soter, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Erek L. Barron, United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Federal Appellees.  Anthony G. Brown, Attorney General, Mark H. Bowen, Assistant Attorney General, Kyle A. Ashe, Assistant

Attorney General, Everett C. Byrant, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville, Maryland, for Appellees Roland L. Butler, Jr., and Anthony G. Brown.

———————

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

William Collins, III, appeals the district court's order granting Defendants' motions to dismiss Collins's amended complaint asserting Second and Fourteenth Amendment challenges to 18 U.S.C. § 922(g)(1) and Maryland state disbarment laws. We have reviewed the record and find no reversible error. *See United States v. Hunt*, 123 F.4th 697, 702 (4th Cir. 2024), *pet. for cert. filed*, No. 24-6818 (U.S. Mar. 20, 2025); *Hamilton v. Pallozzi*, 848 F.3d 614, 623 (4th Cir. 2017), *abrogated on other grounds by N.Y. State Rifle & Pistol Ass'n Inc.*, 597 U.S. 1 (2022). Accordingly, we affirm the district court's order. *Collins v. Garland*, No. 1:23-cv-00042-ADC (D. Md., Oct. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*